# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 8, 2006

131150 & (39)(45)(51)(52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM E. BENNETT,
   Plaintiff-Appellant,

v

OFFICEMAX, INC.,
   Defendant-Appellee.

SC: 131150
COA: 265653
Genesee CC: 05-080889-FY
67th DC: GCF-04-404

_____/

   On order of the Court, the motion to file a reply brief is GRANTED. The application for leave to appeal the February 28, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court. The motion for leave to file an appeal bond and the motions to strike are DENIED. Costs of $250 are assessed against the plaintiff in favor of the defendant under MCR 7.316(D)(1) for filing a vexatious appeal. The plaintiff is barred from submitting additional filings in this Court until he offers proof that he has paid all his outstanding court-imposed sanctions.

   CAVANAGH, J., would deny leave to appeal.

   WEAVER, J., would issue the order without the last sentence.

   KELLY, J., would deny leave to appeal.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 8, 2006

_____
Clerk

p1205